STATE of Arkansas *v.* Benjamin Brigham BALDWIN

CR 93-1283                                    866 S.W.2d 413

Supreme Court of Arkansas
Opinion delivered December 20, 1993

No response.

*Brenda Austin*, for defendant.

PER CURIAM. Benjamin Brigham Baldwin, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Brenda Horn Austin, admits in her motion that the record was tendered late due to a mistake on her part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.